**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | |
|---|---|
| _____ ) | |
| **KURT REHAK** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 1:14-cv-03682-GLR** |
| ) | |
| **SCRIPPS MEDIA, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| _____) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS

Plaintiff Kurt Rehak and Defendants Scripps Media, Inc., WMAR-TV d/b/a ABC 2 WMAR Baltimore, and Joce Sterman, through undersigned counsel, hereby file this stipulation of dismissal with prejudice of all claims asserted by Plaintiff, with each party bearing its own fees and costs.

Respectfully submitted this 19th day of December, 2014.

**LAW OFFICE OF ROBERT E. JOYCE**

_____/s/_____
Robert E. Joyce, Bar No. 26427
841 E. Fort Avenue, #250
Baltimore, MD 21230

_Counsel for Plaintiff_

**HOLLAND & KNIGHT, LLP**

_____/s/_____
Charles D. Tobin, Bar No. 15919
Adrianna C. Rodriguez, Bar No. 30245
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564
E-mail: charles.tobin@hklaw.com
E-mail: adrianna.rodriguez@hklaw.com

_Counsel for Defendants_

## CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of December 2014 a true copy of the foregoing was served via the Court's ECF system upon:

Robert E. Joyce
841 E. Fort Avenue, #250
Baltimore, MD 21230
_Counsel for Plaintiff_

_____/s/_____
Charles D. Tobin